

Stephen L. Saxl
Tel. 212.801.2184
Fax 212.805.9371
saxls@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2024

April 15, 2024

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*OK, Conference adjourned.*
*Colleen McMahon*
*4/17/2024*

Re:   *Gabrielli v. U.S. News & World Report, L.P.*, Case No. 1:24-cv-01685 (CM)

Dear Judge McMahon:

We represent defendant U.S. News & World Report, L.P. ("U.S. News") in the above-referenced action. We write jointly with counsel for Plaintiff, pursuant to Section I(D) of Your Honor's Individual Practices, to request an adjournment of the Initial Pretrial Conference currently set for April 25, 2024 at 11:00 a.m. Dkt. No. 5.

This Court previously granted U.S. News's request to extend its time to respond to the Complaint to May 13, 2024. Dkt. No. 9. U.S. News intends to move to dismiss the Complaint by that date. Considering the fully dispositive nature of the anticipated motion, the parties respectfully request an adjournment of the Initial Pretrial Conference, and all deadlines related thereto, including the deadline for filing a Civil Case Management Plan, until the forthcoming motion to dismiss is fully briefed.

The requested adjournment affects no other scheduled dates. This is the first request for an adjournment of the Initial Pretrial Conference, and Plaintiff has consented to the requested adjournment.

Respectfully,

/s/ Stephen L. Saxl

Stephen L. Saxl

cc (via ECF and email):
    Yitzchak Kopel
    Alec M. Leslie
    Max S. Roberts

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com